AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 06 2013

SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

**UNITED STATES OF AMERICA**

**V.**

**DAVID JAMES CLARK**

(Name & Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: **MJ-13-281**

I, the complainant in this case, state the following is true and correct to the best of my knowledge and belief.

Between on or about June 30, 2011, and June 6, 2013, in the Eastern District of Washington, DAVID JAMES CLARK, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration, all in violation of 18 U.S.C. § 2250(a).

This complaint is based on these facts:

Continued on the attached sheet incorporated herein by this reference. ☒ Yes ☐ No

Signature of Complainant William Downey
Deputy U.S. Marshal, U.S. Marshals Service

Sworn to before me and signed in my presence

June 6, 2013
Date

at Spokane, Washington
City and State

Cynthia Imbrogno
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

P30606rc.mda.wpd

AUSA Assigned: MFD

Re: *COMPLAINT AND ARREST WARRANT FOR DAVID JAMES CLARK*

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

STATE OF WASHINGTON )
:ss
County of Spokane )

I, William Downey, being first duly sworn on oath, deposes and states:

1. I am a Deputy with the United States Marshals Service (USMS), United States Department of Justice, currently assigned to the U.S. Marshals Office in Spokane, Washington. I have served as a Deputy U.S. Marshal for the past 17 years, with 14 of those years assigned to the Eastern District of Washington.

2. My regular duties as a Deputy U.S. Marshal encompass, among other tasks, the investigation of all violations of federal law and related criminal activities, including but not limited to, offenses contained within Title 18 of the United States Code. I additionally assist with the movement of prisoners; serve court-ordered summons and arrest warrants; and frequently investigate and apprehend federal fugitives. The following information is based on my own observations, training, experience, and investigation, together with information provided to me by other Deputy U.S. Marshals in my office.

3. On August 18, 1997, an Amended Information was filed with the Circuit Court of Jasper County, Missouri, charging David James CLARK with sexual assault, in violation of the Missouri Revised Statute Section 566.040, a felony.

4. Also on August 18, 1997, David James CLARK pled guilty to sexual assault. Under the Missouri Revised Statute Section 589.400, any person convicted of a Section 566 offense is required to register for life.

5. On October 21, 1997, David James CLARK was sentenced to 5 years imprisonment for sexual assault.

6. On October 11, 2005, David James CLARK pled guilty to failure to register as a sex offender, in Jasper County, Missouri.

7. On June 30, 2011, David James CLARK completed a Missouri Sex Offender Registration, and provided his address of 20 S. Main Apartment 1B, Webb City, Missouri. On page 4 of the document, David James CLARK was advised that he had three business days to register following any change in residency. Furthermore, he was advised of his requirement to register under the Adam Walsh Child Protection and Safety Act.

8. On April 30, 2013, after receiving information from Deputy Michael Walker in Missouri, Deputy Downey checked local databases for David James

CLARK. All sheriffs' offices in Washington State use the Offender Watch database to record sex offender registrations. David James CLARK'S only entry was at 20 S. Main St. Apt 1B, Webb City, Missouri. Deputy Downey also checked the repository of all sex offender registrations filed, the Washington State Patrol's Alpha List. David James CLARK'S name was not found on the list.

9. On May 2, 2013, Deputy Downey went to 1425 Matson Rd, Colville, Washington. Parked adjacent to a trailer on the property Deputy Downey observed the 1998 Ford Escort registered to David James CLARK. Task Force Officer Joe Letourneau was able to confirm the Missouri license plate UG4H8W.

10. At Deputy Downey's request, on May 6, 2013, Social Security Administration Special Agent Matt Lavelle conducted a SSA database inquiry. The SSA records indicated that David James CLARK reported on August 16, 2012, that his address as of May 1, 2012, was 1425 Matson Road, Colville, Washington. Furthermore, David James CLARK stated he was renting a trailer on his brother's property, and paying $400 a month in rent.

11. On May 13, Kristina Cannon with the Stevens County Sheriff's Office confirmed her office had no record of David James CLARK, to include sex offender registrations or contacts of any kind.

12. On June 3, 2013, Deputy Downey verified that the vehicle registered to David James CLARK was still parked adjacent to the trailer located at 1425 Matson Road, Colville, Washington.

13. On June 5, 2013, Deputy Downey went to 1425 Matson Road, Colville, Washington. Prior to executing the search warrant on the trailer David James CLARK was believed to live in, his brother, Corey Dean Clark was contacted at his residence, also located on the property. Corey Clark confirmed that David James CLARK had lived in the trailer in question from approximately February or March of 2012, until approximately April of 2013. Corey Clark clarified that David James CLARK had lived in the trailer continuously during this time, living nowhere else. The trailer was entered and several items were seized to include David James CLARK'S birth certificate and Social Security Card. Also seized were letters and receipts with Chase Bank, and medical receipts, which reflected the name David James Clark, with an address of 1425 Matson Road, Colville, Washington, between the dates June 1, 2012, and April 1, 2013.

14. Based upon the foregoing facts, I believe that probable cause exists for the issuance of a Criminal Complaint and arrest warrant for David James CLARK, for violations of Title 18, U.S.C. Section 2250.

William Downey, Deputy Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 6th day of June, 2013.

Cynthia Imbrogno
United States Magistrate Judge